# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501-3819

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Rowderick Porte'e Whitehead
aka Rowderick P Whitehead Jr

**BANKRUPTCY NO.** 6:09-bk-25405-PC

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-1543
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 7/29/09

**Address:**
40008 Montage Lane
Murrieta, CA 92563

It appearing that the debtor(s) in the above-captioned case has failed to file all the documents required under F.R.B.P. 1007 or 3015(b) within 15 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with F.R.B.P. 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is hereby vacated in its entirety.

Dated: July 29, 2009

By the Court,
**Jon D. Ceretto**
Clerk of Court

(odsp VAN-21) Rev. 03/09

**10 / EST**